# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3689

_____

Cyrill A. Kolocotronis                        *
                                              *
                    Appellant,                *      Appeal from the United States
                                              *      District Court for the
           v.                                 *      Eastern District of Missouri
                                              *
Social Security Administration,               *          [UNPUBLISHED]
                                              *
                    Appellee.                 *

_____

Submitted: December 29, 1998
     Filed:    February 2, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Cyrill A. Kolocotronis appeals from a district court dismissing his action for Social Security benefits as frivolous because 42 U.S.C. § 402(4)1)(A)(ii) prohibits benefits for persons confined to an institution at public expense. After carefully reviewing the record, we conclude the district court did not err. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47(A)(a).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.